# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   CYNTHIA GILBERT CURETON                §               Case No.: 07-19752
         STACY CURETON                           §

         Debtor(s)                               §

------------------------------------------------------------------------

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/24/2007.

2) This case was confirmed on 03/03/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/09/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/06/2008, 07/18/2011.

5) The case was dismissed on 08/15/2011.

6) Number of months from filing to the last payment: 44

7) Number of months case was pending: 49

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    4,230.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 18,663.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 18,663.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 2,805.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,267.69 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,072.69 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PORTFOLIO RECOVERY A | UNSECURED | NA | 1,297.40 | 1,297.40 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 864.26 | 864.26 | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 8,000.00 | 10,100.00 | 10,000.00 | 6,907.29 | 1,832.23 |
| CAPITAL ONE AUTO FIN | UNSECURED | 8,327.00 | 7,673.99 | 7,773.99 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 895.38 | 1,201.29 | 1,201.29 | .00 | .00 |
| AMERI CASH LOANS | UNSECURED | 738.00 | NA | NA | .00 | .00 |
| APPLIED CREDIT BANK | UNSECURED | 605.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 282.00 | 282.18 | 282.18 | .00 | .00 |
| CAVALRY PORTFOLIO SV | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| CAPITAL ONE SERVICES | UNSECURED | 853.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 11,790.00 | 11,790.07 | 11,790.70 | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | 405.00 | NA | NA | .00 | .00 |
| FIGIS INC | UNSECURED | 32.00 | NA | NA | .00 | .00 |
| FIRST RESOLUTION INV | UNSECURED | 2,600.00 | 2,629.59 | 2,629.59 | .00 | .00 |
| MEDICAL BUSINESS BUR | UNSECURED | 114.00 | NA | NA | .00 | .00 |
| MIDLAND FINANCE COMP | UNSECURED | 1,297.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMPRIA | UNSECURED | 1,032.00 | 1,163.30 | 1,163.33 | .00 | .00 |
| B-REAL LLC | UNSECURED | 229.00 | 229.00 | 229.00 | .00 | .00 |
| AT&T WIRELESS | UNSECURED | 621.00 | 621.75 | 621.75 | .00 | .00 |
| PARK DANSAN | UNSECURED | 305.00 | NA | NA | .00 | .00 |
| UNITED COLLECTION BU | UNSECURED | 136.00 | 158.00 | 158.00 | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | 500.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 8,000.00 | 6,610.91 | 6,610.91 | 5,850.79 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| Scheduled Creditors:                                                           |
|                                                                                |
| Creditor                  Claim         Claim         Claim      Principal        Int.  |
|   Name          Class    Scheduled     Asserted      Allowed        Paid          Paid  |
|                                                                                |
| INTERNAL REVENUE SER  UNSECURED   4,000.00      8,673.71     8,673.71         .00           .00  |
| B-REAL LLC           UNSECURED         NA        457.00       457.00         .00           .00  |
| AT&T WIRELESS        UNSECURED         NA        241.11       241.11         .00           .00  |
| ANNIE WASHINGTON     OTHER             NA            NA           NA         .00           .00  |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 10,000.00 | 6,907.29 | 1,832.23 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 10,000.00 | 6,907.29 | 1,832.23 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 6,610.91 | 5,850.79 | .00 |
| **TOTAL PRIORITY:** | 6,610.91 | 5,850.79 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 37,383.31 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,072.69 |
| Disbursements to Creditors | $ | 14,590.31 |
| **TOTAL DISBURSEMENTS:** | $ | 18,663.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   12/07/2011                         /s/ Tom Vaughn
                                            Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**